Susan D. Pouch, Respondent, v. Staten Island Midland Railway Company Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Albert Shaw, Respondent, v. Assessors of the Town of Greenburgh for the Years 1907 and 1908, Appellants.— Motion to resettle order granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ. Resettle order on notice before the presiding justice.

Frank S. Ryno, Respondent, v. Hannah Crawford, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The Shelter Island Heights Association, Respondent, v. Nellie F. Hurdell, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Philip Simons, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion for reargument denied. Leave granted to appeal to the Court of Appeals. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Howard Willets, Respondent, v. Henry W. Poor, Appellant, Impleaded with Others.— Motion to resettle order denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr. JJ.

Isaac Bachmann, Appellant, v. Fannie Eichler, Respondent.— We think the court should have opened the case to permit the plaintiff to prove his demand. Order of the Municipal Court reversed, with costs. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

James Cappellio, Respondent, v. Storm King Stone Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas and Rich, JJ., concurred; Carr, J., dissented.

The City of New York, Appellant, v. Morris Baum, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence, to the effect that when the defendant was asked to show his scales, he pushed the scales which were examined to the inspector,. was *prima facie* proof of the use thereof. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Jesse Davis, Respondent, v. United Dressed Beef Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Davis H. Dunn, Appellant, v. E. Ross Elliott, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Eleanor L. Grimes, Respondent, v. Patrick J. Carlin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Metropolitan Casualty Insurance Company, Appellant, v. The City of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Warren Palmer, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial